**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**SHANNON L. CLARK,**

**Petitioner,**

**v.** **Case No. 4:26-cv-195-AW-MAF**

**SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS,**

**Respondent.**

_______________________________/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Secretary moved to transfer this case to the United States District Court for the Middle District of Florida. ECF No. 26. The magistrate judge issued a report and recommendation concluding the court should deny the motion. ECF No. 31. Neither party has filed any objection to the report and recommendation.

Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. The motion for transfer (ECF No. 26) is DENIED. The Secretary must respond to the amended petition no later than 21 days from today.

SO ORDERED on August 19, 2026.

s/ *Allen Winsor*
Chief United States District Judge